# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00696-CV

**PricewaterhouseCoopers, LLP, Appellant**

**v.**

**Jean Johnson, as Special Deputy Receiver of Amcare Management, Inc.; Amcare Management, Inc.; and Kim Holland, Receiver for Amcare Health Plan of Oklahoma, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. GN303897, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant PricewaterhouseCoopers has informed the Court that this case has been settled. Accordingly, it has filed a motion to dismiss its appeal. Appellant's motion is granted and the appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   July 29, 2005